United States District Court
Southern District of Texas
ENTERED

NOV 3 0 2005

Michael N. Milby, Clerk
Laredo Division

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 5:05-CR-2240 |
| | § | |
| Carlos Alejandro Rodriguez-Rodriguez | § | |

## ORDER

At the request of Defendant, the Motion to Suppress is WITHDRAWN.

IT IS SO ORDERED.

Signed on this 30th day of November, 2005.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO ENSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS NOTICE SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**